IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

NELSON SCOTT,

    Plaintiff,

vs.

JOSE VASQUEZ, Warden; Dr. CHIPPI;
HARLEY LAPPIN, Director; FEDERAL
BUREAU OF PRISONS; FCI JESUP,
GEORGIA; P.A. TARUTUS; P.A.
ADDIRA, and JOHN DOE SERA,
Regional Director,

    Defendants.

CIVIL ACTION NO.: CV208-145

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Vasquez, Lappin, Sera, the Bureau of Prisons, and FCI Jesup are **DISMISSED**. Plaintiff's claims for monetary damages against Defendants Chippi, Tarutus, and Addira in their official capacities are also **dismissed**.

**SO ORDERED**, this ___7___ day of ___May___, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)