FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2010 SEP 13 PM 2: 10
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

NELSON SCOTT,

    Plaintiff,

vs.

JOSE VASQUEZ, Warden; Dr. MARTHA
R. CHIPI; HARLEY LAPPIN, Director;
MIGUEL TERRADAS; RAY HOLT,
Regional Director; and THE UNITED
STATES OF AMERICA,

    Defendants.

CIVIL ACTION NO.: CV208-145

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Nelson Scott ("Plaintiff"), currently incarcerated at the Low Security Correctional Institution in Butner, North Carolina, filed a document entitled, "Motion for Summary Judgment." Defendants have filed a response. Upon review, it appears that this document merely contains responses to Defendants' Answer and affirmative defenses that were filed on April 28, 2010. Summary judgment should be granted if "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." FED. R. CIV. P. 56(c);

Midrash Sephardi, Inc. v. Town of Surfside, 366 F.3d 1214, 1223 (11th Cir. 2004). Plaintiff's motion is a restatement of the allegations in his original complaint which fails to offer any evidence supporting his version of the facts. Plaintiff's Motion should be **DENIED**.

**SO REPORTED** and **RECOMMENDED**, this 13th day of September, 2010.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE