IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

NELSON SCOTT,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV208-145

JOSE VASQUEZ, Warden; Dr. MARTHA R. CHIPI; HARLEY LAPPIN, Director; MIGUEL TERRADAS; RAY HOLT, Regional Director; and THE UNITED STATES OF AMERICA,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's Motion for Summary Judgment (Dkt. No. 56) is **DENIED**.

**SO ORDERED**, this _____ day of _____, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA