IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

NELSON SCOTT,

    Plaintiff,

vs.

JOSE VASQUEZ, Warden; Dr. MARTHA R. CHIPI; HARLEY LAPPIN, Director; MIGUEL TERRADAS; RAY HOLT, Regional Director; and THE UNITED STATES OF AMERICA,

    Defendants.

CIVIL ACTION NO.: CV208-145

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that this Court should find that the statute of limitations has not run on his claim because there is some doubt as to the actual accrual date of his cause of action. In his Response to Defendants' Motion to Dismiss, Plaintiff argued that the date of accrual for his action was May 2, 2006. (Doc. No. 85, p. 3). The Magistrate Judge adopted Plaintiff's suggested accrual date and rejected the Defendants' suggested accrual date of May 28, 2005. (Doc. No. 87, p. 8). Though there was some disagreement between Plaintiff and Defendants as to the date of accrual, the Magistrate Judge adopted the Plaintiff's recommended latest possible date of accrual and still correctly found that this action is barred by the applicable statute of limitations.

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Objections are **OVERRULED**. Defendants' Motion to Dismiss is **GRANTED**, and Plaintiff's complaint is **DISMISSED**. The Clerk is authorized and directed to enter the appropriate Judgment.

**SO ORDERED**, this 20 day of April, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA